AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

REYNALDO MORALES-SANCHES

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR2011-WQH

I, REYNALDO MORALES-SANCHES, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1326(a) and (b) - Attempted Entry After Deportation (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on June 17, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X Reynaldo Morales S
Defendant

Counsel for Defendant

Before
JUDICIAL OFFICER

FILED
JUN 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY