# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
vs )
Reynaldo Morales-Sanchez )

CASE NUMBER 08CR2011-WQH

ABSTRACT OF ORDER

Booking No. #06324298

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 8/13/08

the Court entered the following order:

(*) ✓ Defendant be released from custody. as to this case only.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

✓ Case Dismissed. (oral mot of Gov't)

_____ Defendant to be released to Pretrial Services for electronic monitoring.

(*) ✓ Other. Dft pending in criminal case #08CR2423-WQH

ANTHONY J. BATTAGLIA
UNITED STATES MAGISTRATE JUDGE

OR

Received JR MERINO
DUSM

W. SAMUEL HAMRICK, JR. Clerk
by Y. Madueno Deputy Clerk
Y. MADUENO

Crim-9 (Rev 6-95)

★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY